| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 6:06CR00088-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:11CR7-001 MMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jermaine Rashad Smith<br>1213 N.W. 39th Avenue, #E-4<br>Gainesville, FL 32609-1969 | DISTRICT<br>Eastern District of Texas | DIVISION<br>Tyler |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Michael H. Schneider, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>January 24, 2011 — TO January 23, 2014 |

OFFENSE

Use, Carrying, and Possessing a Firearm During and in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS-TYLER

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida-Gainesville upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 23, 2011
Date

/s/ Michael H. Schneider
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA-GAINESVILLE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 4, 2011
Effective Date

/s/ Maurice M. Paul
United States District Judge

Rec'd 0307'11 USDC Fln 1AM 1138